IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | 8:07CR450 |
| vs. ) | |
| ) | ORDER |
| JAMES OTERO, ) | |
| Defendant. ) | |

Defendant James Otero appeared before the court on Friday, November 30, 2012 on a Petition for Warrant for Offender Under Supervision [64]. The defendant was represented by Assistant Federal Public Defender Karen M. Shanahan and the United States was represented by Assistant U.S. Attorney Russell X. Mayer. The government did not request detention therefore, the Defendant was not entitled to a preliminary examination. A bond hearing was held on December 5, 2012. The defendant will be released to the Salvation Army Treatment facility for participation in an in-patient treatment program.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Judge Bataillon.

**IT IS ORDERED**:

1. A final dispositional hearing will be held before Judge Bataillon in Courtroom No. 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **January 4, 2013 at 3:30 p.m.** Defendant must be present in person.

2. The defendant is to be released on conditions of supervision to the Salvation Army Treatment Program.

DATED this 5th day of December, 2012.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge